UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                                Chapter 7

Dennis E. Hecker,                                        Bky. Case No. 09-50779-RJK

        Debtor.

---

Randall L. Seaver, Trustee,
                                            Adv. No. 09-5030
        Plaintiff,

    vs.

Northstate Financial Corporation, Rosedale
Leasing, LLC, Bremer Bank, N.A., and
James W. Plummer,

        Defendants.

---

## APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS NORTHSTATE FINANCIAL CORPORATION, ROSEDALE LEASING, LLC, AND JAMES W. PLUMMER

---

TO:    NORTHSTATE FINANCIAL CORPORATION, ROSEDALE LEASING, LLC, AND JAMES W. PLUMMER AND THE COURT.

        1.      Plaintiff Randall L. Seaver, trustee of the Chapter 7 bankruptcy estate of Dennis E. Hecker, by his undersigned counsel, applies under Local Rule 7055-1 for entry of default judgment against Defendant Northstate Financial Corporation ("Northstate"), Rosedale Leasing, LLC ("Rosedale"), and James W. Plummer ("Plummer") in the above-captioned adversary proceeding.

        2.      Plaintiff applies for entry of default judgment (1) determining that Plummer has no interest in that certain 2007 Cobalt 222 boat, serial no. FGE11242A707, and trailer, identified as the "Cobalt Boat" in the Amended Complaint in this adversary proceeding; and (2) avoiding

under 11 U.S.C. § 548(a)(1)(A) the debtor's transfer of the Cobalt boat, of a 2008 Malibu Wakesetter 23 boat, serial no. MB2S7167H708 and trailer, and a 2008 Harley Davidson FXDSE2, vehicle identification no. 1HD1PS8148K977133.

3.     This application is based upon the Declaration of Randall L. Seaver and exhibits thereto, Fed. R. Bankr. P. 7055, and upon the files, records, and proceedings herein.

Dated: January 25, 2010                    LAPP, LIBRA, THOMSON, STOEBNER & PUSCH, CHARTERED

By:    /e/ Ralph V. Mitchell
        Ralph V. Mitchell (#184639)
        Tyler D. Candee (#0386598)
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN  55402
T (612) 338-5815
F (612) 338-6651
RMitchell@lapplibra.com
TCandee@lapplibra.com

**ATTORNEYS FOR PLAINTIFF
RANDALL L. SEAVER, TRUSTEE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: | Chapter 7 |
| Dennis E. Hecker, | Bky. Case No. 09-50779-RJK |
| Debtor. | |

---

| | |
|---|---|
| Randall L. Seaver, Trustee, | |
| Plaintiff, | Adv. No. 09-5030 |
| vs. | |
| Northstate Financial Corporation, Rosedale Leasing, LLC, Bremer Bank, N.A., and James W. Plummer, | |
| Defendants. | |

---

### DECLARATION OF RANDALL L. SEAVER IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT

Randall L. Seaver declares under penalty of perjury as follows:

1.      I am the plaintiff in my capacity as trustee of the Chapter 7 bankruptcy estate of Dennis E. Hecker, and plaintiff in this adversary proceeding ("Plaintiff").  I make this declaration based upon my personal knowledge and review of the files and correspondence in this matter.

### A.      DEFENDANTS' DEFAULT

2.      This adversary proceeding was commenced by Complaint filed on August 12, 2009 [*See* Doc. No. 1.]  On September 8, 2009, Plaintiff filed an Amended Complaint to add James W. Plummer as a Defendant and to assert claims against Mr. Plummer.  [*See* Doc. No. 6.]

The Summons for the Amended Complaint was issued that same day. [*See* Doc. No. 7.]

3.      On September 10, 2009, my counsel in this matter, Lapp, Libra, Thomsom, Stoebner & Pusch Chartered served the Summons and Amended Complaint, by certified mail and first-class mail, upon all Defendants. An Unsworn Certificate of Service was filed with the Court that same day. [*See* Doc. No. 8.]    Attached hereto as <u>Exhibits A</u>, <u>B</u>, <u>C</u>, and <u>D</u>, respectively, are true and correct copies of the 'Domestic Return Receipt' with respect to the certified mail service upon Defendants Northstate Financial Corporation ("Northstate"), Rosedale Leasing, LLC ("Rosedale"), Bremer Bank, N.A. ("Bremer"), and Mr. Plummer. I am informed that none of the four services accomplished by first-class mail were returned.

4.      On December 1, 2009, Defendant Bremer and Plaintiff entered into a Stipulation by which Bremer disclaimed any interest in the property at issue in this adversary proceeding. [See Doc. No. 10.]   The Court approved the stipulation and entered judgment to that effect against Bremer on December 2, 2009. [See Doc. No. 11.]

5.      More than 30 days have now passed since the date the Summons was issued and since the Summons and Amended Complaint were served upon the Defendants. None of Northstate, Rosedale, or Mr. Plummer have served or filed an Answer or otherwise defended against the Amended Complaint in this adversary proceeding. As a result they are deemed to have admitted the allegation of the Amended Complaint.

6.      I am aware that on or about August 18, 2009, approximately one month <u>before</u> Mr. Plummer was served with the Summons and Complaint, he sent a letter to me, a true and correct copy of which is attached hereto as <u>Exhibit E</u>.

## B.    IDENTIFICATION OF DEFENDANTS

7.      To the best of my knowledge, information and belief, Defendant James W. Plummer's full name and address is: James W. Plummer, 5675 Trenton Lane North, Plymouth, MN 55442.  To the best of my knowledge, information and belief, James W. Plummer is not now in the military service or of incompetent status.

8.      To the best of my knowledge, information and belief, Defendant Northstate Financial Corporation's full name and address is: Northstate Financial Corporation, 500 Ford Road, St. Louis Park, MN 55426.  To the best of my knowledge, information and belief, Northstate Financial Corporation is not now in the military service or of incompetent status.

9.      To the best of my knowledge, information and belief, Defendant Rosedale Leasing, LLC's full name and address is: Rosedale Leasing, LLC, 500 Ford Road, St. Louis Park, MN 55426.  To the best of my knowledge, information and belief, Rosedale Leasing, LLC is not now in the military service or of incompetent status.

## C.    MERITS OF THE ACTION

10.     As alleged in the Amended Complaint, and deemed admitted, Northstate and Rosedale are entities which were controlled by Debtor.  (*See* Amended Compl. at ¶¶ 4-9.)

11.     As alleged in the Amended Complaint, and deemed admitted, Debtor and Rosedale formerly were the titled owners of a 2007 Cobalt 222 boat, serial no. FGE11242A707, including a trailer (the "Cobalt Boat") and a 2008 Malibu Wakesetter 23 boat, serial no. MB2S7167H708, including a trailer (the "Malibu Boat").  (*See* Amended Compl. at ¶¶ 11-14, Exs. A-C.)

12.     As alleged in the Amended Complaint, and deemed admitted, Debtor and Rosedale transferred the Cobalt Boat and the Malibu Boat and their respective trailers to

Northstate on or about February 17, 2009.  (*See* Amended Compl. at ¶¶ 15-17, Ex. D.)

13.     As alleged in the Amended Complaint, and deemed admitted, Debtor purchased a 2008 Harley Davidson FXDSE2, vehicle identification no. 1HD1PS8148K977133 (the "Motorcycle") in December 2008.   Debtor paid for the Motorcycle with his personal funds, but caused it to be titled in the name of Northstate.  (*See* Amended Compl. at ¶¶ 19-21, Ex. E-F.)

14.     As alleged in the Amended Complaint, and deemed admitted, Debtor did not disclose in his schedules the transfers of, or his interest in, the Motorcycle, the Cobalt Boat, or the Malibu Boat.  (*See* Amended Compl. at ¶ 22.)

15.     As alleged in the Amended Complaint, and deemed admitted, at all times relevant hereto, Debtor maintained possession, use, and control of the Cobalt Boat, the Malibu Boat, and the Motorcycle. (*See* Amended Compl. at ¶¶ 18, 21.)

16.     As alleged in the Amended Complaint, and deemed admitted, at all times relevant hereto, Debtor was insolvent.  (*See* Amended Compl. at ¶¶ 29, 34.)

17.     In Mr. Plummer's August 18, 2009 letter to me, Mr. Plummer apparently admits that the Cobalt Boat was not, nor was it ever intended to be, titled in Mr. Plummer's name. According to Mr. Plummer, the Cobalt Boat was intended to be titled in the name of a separate entity, P and H LLC, pursuant to an alleged transaction involving Mr. Plummer, Debtor, and co-Defendant Northstate.

18.     As described above, the Cobalt Boat was not titled in the name of P and H LLC.

19.     According to my counsel's review of the online records of the Minnesota Secretary of State's Office, there is no entity in Minnesota known as P and H LLC, or any entity with a similar name whose registered address is 500 Ford Road in St. Louis Park, Minnesota. This is the same address used by Northstate and Rosedale.

20.     Based on the foregoing and Mr. Plummer's failure to answer the Amended Complaint, it appears that Mr. Plummer has decided not to assert any personal interest in the Cobalt Boat.

21.     Subsequent to commencement of Debtor's bankruptcy case, I acquired physical possession of the Malibu Boat.

22.     I brought this adversary proceeding to obtain clear title to property of the estate titled in the name of others.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct

Executed on January 25, 2010, at Minneapolis, Minnesota.

Randall L. Seaver

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Northstate Financial Corporation
ATTN: Officer or Managing Agent
500 Ford Road
St. Louis Park, MN 55426

2. Article
(Trans

PS Form

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Danny Stern_ ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

_Danny Stern_

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☑ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

595-02-M-1540



UNITED STATES POSTAL SERVICE
MINNEAPOLIS MN 554

11 SEP 2009 PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Lapp, Libra, Thomson, Stoebner & Pusch
Chartered
One Financial Plaza Suite 2500
Minneapolis, MN 55402

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Danny Stein_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name)  C. Date of Delivery<br>_Danny Stein_ |
| 1. Article Addressed to:<br><br>Rosedale Leasing, LLC,<br>ATTN: Officer or Managing Agent<br>500 Ford Road<br>St. Louis Park, MN 55426 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article N<br>(Transfer | |
| PS Form 3 | ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ ⌐02-M-1540 |



---

UNITED STATES POSTAL SERVICE

‖‖‖‖

‖‖‖‖

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

## Lapp, Libra, Thomson, Stoebner & Pusch
## Chartered
## One Financial Plaza Suite 2500
## Minneapolis, MN 55402

RVM 09.18.12 ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

# EXHIBIT C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bremer Bank, N.A.
ATTN: Officer or Managing Agent
633 South Concord Street
So. St. Paul, MN 55075

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

F. Sqlpt

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No



3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article
(Tran

PS For

2595-02-M-1540

---

UNITED STATES POSTAL SERVICE

‖‖‖‖

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Lapp, Libra, Thomson, Stoebner & Pusch
Chartered
One Financial Plaza Suite 2500
Minneapolis, MN 55402**

RVM 09.15.09

# EXHIBIT D

COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( *Printed Name* ) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

James W. Plummer
5675 Trenton Lane North
Plymouth, MN 55442

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* ) ☐ Yes

2. Article Number     7008 1140 0001 8856 2296

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
MINNEAPOLIS MN 554

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •



Lapp, Libra, Thomson, Stoebner & Pusch
Chartered
One Financial Plaza Suite 2500
Minneapolis, MN 55402

RVM 09282

# EXHIBIT E

August 18, 2009


To: Randy Seaver, Matt Burton, Clint Cutler

Re: 2007 Cobalt 222 and trailer Hull ID # FGE11242A707


I don't understand the order to hold my boat and trailer hostage, as no one has contacted me for details on this transaction. This is a brief overview of the facts.

On July 14th 2007 I traded my 2004 Sea Ray and trailer in on a 2007 Cobalt and trailer that better fit my family's needs. The equity in my trade covered roughly half of the cost of the transaction. Denny agreed to have Northstate Financial advance the remaining funds until my performance bonus was paid. It was with this understanding that the boat was to be titled under a new company P and H LLC that Northstate would retain a percentage of ownership and be listed as secured lender on title.

I completed the paperwork with Nisswa Marine, took delivery and forwarded the documents to Sue Miller to pay the balance which she did. I received an email from Sue stating that the insurance should read Rosedale leasing LLC/Will Plummer/Denny Hecker due to the umbrella policy Denny had for any personal exposure. On 8/9/07 I received registration info showing that Sue had changed it to Rosedale Leasing and Denny without my name. I emailed her at that time asking if she had titled it with my name as well as it was my boat. She replied on 8/10/07 that she had done it in all 3 names.

The discrepancy was found and the decision was made to add Northstate as secured lender as it shows today. Inadvertently title was transferred to Northstate. No one was trying to hide assets or defraud creditors. It was an error corrected to make sure the lender was in fact on title. For the record I have paid all insurance, maintenance, gas, storage and been the only user of this boat.

I have attached copies of the original watercraft title and registration form and delivery sheet from Nisswa Marine showing P and H LLC and the two emails from Sue Miller mentioned above. I have contacted my attorney and his official response will be coming forthwith.


Regards,

James Plummer

JA-00256-08



**STATE OF MINNESOTA**
**DEPARTMENT OF NATURAL RESOURCES**
**LICENSE BUREAU**
**500 LAFAYETTE ROAD**
**ST. PAUL, MINNESOTA 55155-4026**

# WATERCRAFT TITLE and REGISTRATION APPLICATION

DNR USE ONLY

| REGISTRATION NO. (MUST BE INDICATED) | EXPIRES LAST DAY OF (MONTH) (YEAR) | PURCHASE DATE | STATE WHERE WATERCRAFT LAST TITLED AND REGISTERED OR MSO |
|---|---|---|---|
| | | 7/14/2007 | |

**SECTION 1 — PURCHASER(S) — OWNER(S) — MUST COMPLETE**

| LAST | FIRST | FULL MIDDLE NAME | DRIVERS LICENSE NO. | DATE OF BIRTH Mo. Day Yr. |
|---|---|---|---|---|
| P AND H LLC | | | | |
| LAST | FIRST | FULL MIDDLE NAME | DRIVERS LICENSE NO. | Mo. Day Yr. |

| STREET ADDRESS | CITY | STATE | ZIP CODE | PHONE NO. (DURING 8-5 WORKING) AREA CODE |
|---|---|---|---|---|
| 300 FORD RD | ST LOUIS PARK | MN | 56416 | |

| LENGTH | MAKE OF BOAT | MODEL | HULL I.D. NO. (WILL BE 12 CHARACTERS FOR 1972 AND UP) | YEAR |
|---|---|---|---|---|
| FT IN | COBALT | 220 | FGH11243A707 | 200 |

TYPE OF CRAFT: 1 CANOE, 2 SAIL ONLY, 3 KAYAK, 4 PADDLEBOAT, 5 PONTOON, 6 ROWBOAT, 7 OPEN MOTORBOAT, 8 CABIN MOTORBOAT, 9 HOUSEBOAT, 10 INBOARD/AUXILIARY SAIL, 11 INBOARD/OUTDRIVE, 12 PONTOON SHELL, 13 PERSONAL WATERCRAFT AUXILIARY SAIL, 14 OUTBOARD, 15 OTHER, 99

TYPE OF USE: 1 PLEASURE, 2 RENTAL/LEASE, 3 DEALER OR MANUFACTURER DEMO, 4 CHARTER/RENTING, 5 NON-PROFIT, 6 COMMERCIAL FISHING, 7 COMMERCIAL OTHER, 8 OTHER, 9 GOVERNMENT, 10

HULL MATERIAL: 1 WOOD, 2 ALUMINUM, 3 STEEL, 4 FIBERGLASS, 5 PLASTIC/REINFORCED INFLATABLE/INFLATABLE HULLS, 6 OTHER

PROPULSION: 1 PROPELLER, 2 SAIL, 3 WATER JET, 4 AIR THRUST, 5

ENGINE DRIVE TYPE: 1 MANUAL, 2 INBOARD, 3 OUTBOARD, 4 INBOARD/OUTDRIVE STERN DRIVE

HP: 320 H

| FUEL TYPE |
|---|
| ☐ Electric    ☐ Diesel |
| ☐ Gasoline |

COUNTY, STATE (Where watercraft is used)

**SECTION 2 — LOAN INFORMATION — MUST COMPLETE**

IS THIS WATERCRAFT SUBJECT TO SECURITY AGREEMENT(S)?

☐ YES    ☐ NO    *IF YES, COMPLETE INFORMATION BELOW*

| FIRST SECURED PARTY (PRINT NAME) | TIME & DATE OF LOAN AM PM Mo. Day Yr. | NOTE: WHEN THERE IS A LIEN THE TITLE WILL BE SENT TO THE FIRST SECURED PARTY |
|---|---|---|

| ADDRESS (NO. & STREET, RFD, BOX NO.) | CITY | STATE | ZIP CODE |
|---|---|---|---|

## ASSIGNMENT BY SELLER

**SECTION 3 — SELLERS MUST COMPLETE AND SIGN**

I (WE) THE OWNER(S) OF THIS WATERCRAFT CERTIFY THE WATERCRAFT IS FREE OF ALL SECURITY INTERESTS, WARRANT TITLE, AND ASSIGN THE TAXES PAID TO THE PERSON(S) NAMED ABOVE

SELLER'S TRANSFEROR(S) SIGNATURE(S) *(ALL SELLERS MUST SIGN)*    DATE OF SALE
X _____    7/14/2007

STREET ADDRESS
24239 SMILEY ROAD

CITY
NISSWA, MN 56468

DEALER NAME (If Seller is a dealer)    STATE    ZIP CODE
NISSWA MARINE

DEALER PHONE NUMBER
2186963292

| SECTION 4 | |
|---|---|
| TITLE/TRANSFER FEE | |
| Renewal/Registration (If Due) | |
| Exotic Species Surcharge (Due with Registration/Renewal Only) | |
| SUBTOTAL | |
| STATE/DEPUTY FEE | |
| TOTAL AMOUNT DUE | $ |

PLEASE PAY →

**SECTION 5 — ALL APPLICANTS MUST SIGN**

I/WE LISTED ABOVE AM/ARE THE PURCHASERS OF THE WATERCRAFT DESCRIBED ABOVE AND DO HEREBY MAKE APPLICATION FOR THE CERTIFICATE OF TITLE AND CERTIFY, UNDER PENALTY OF PERJURY, THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF, AND THAT THE WATERCRAFT IS SUBJECT TO THE LIEN AND ENCUMBRANCE LISTED AND NONE OTHER.

X _____    X _____    DATE
SIGNATURE    SIGNATURE
*MUST BE SIGNED PERSONALLY BY THE OWNER(S) IF FIRM OR CORPORATION BY AN AUTHORIZED AGENT*

ALL DATA COLLECTED ON A WATERCRAFT APPLICATION, WITH THE EXCEPTION OF YOUR HOME TELEPHONE NUMBER, ARE REQUIRED BY LAW. THESE DATA ARE USED TO IDENTIFY YOUR WATERCRAFT. FAILURE TO PROVIDE REQUIRED DATA MAY RESULT IN DENIAL OF THE TRANSFER OF OWNERSHIP, REGISTRATION OF THIS WATERCRAFT OR OTHER REQUIRED ACTION. YOUR RECORD IS PUBLIC AND TRANSCRIPTS MAY BE ISSUED TO ANYONE.

## DO NOT SIGN UNTIL COMPLETED

10-DAY TEMPORARY PERMIT

THIS WATERCRAFT MAY BE OPERATED WITH THIS TEMPORARY PERMIT FOR A PERIOD OF TEN (10) DAYS FROM THE DATE OF ISSUANCE FOR THE PURPOSE OF OBTAINING MINNESOTA REGISTRATION. THIS PERMIT MAY NOT BE REPLACED OR UPDATED.

7-14-07    7-27-07
DATE PERMIT ISSUED    DATE PERMIT EXPIRES



# COBALT BOATS
## 1715 N. 8th
## NEODESHA, KS. 66757

# NEW BOAT CHECK SHEET

*The top portion of this form is to be completed at the time of delivery of a new Cobalt with all items initialed and the form signed by both parties.*
*If the boat has been registered online, the bottom portion may be left blank with the exception of the owner's name.*
*Please send the hard card to Cobalt immediately to initiate the warranty program.*

DATE **7/14/07**

| | Dealer Initials | Owner Initials | | Dealer Initials | Owner Initials |
|---|---|---|---|---|---|
| **Control operation** | | | **Service/Warranty** | | |
| Shift | ☑ | ☑ | Owner has received and read Cobalt Limited Warranty | ☑ | ☑ |
| Throttle | ☑ | ☑ | Service Requirements (see back) | ☑ | ☑ |
| Power Trim | ☑ | ☑ | Winterization Requirements | ☑ | ☑ |
| Steering | ☑ | ☑ | Owner agrees to bring boat back to dealer for service | ☑ | ☑ |
| **Electrical system** | | | Owner agrees to service call charges, if applicable | ☑ | ☑ |
| Lights | ☑ | ☑ | Service arrangements with another marine dealer agreed upon | | |
| Blower | ☑ | ☑ | **Misc.** | | |
| Bilge pump | ☑ | ☑ | Engine Break in | | |
| Horn | ☑ | ☑ | Battery switch operation | | |
| Cabin Distribution Panel | | | Canvas installation and storage | | |
| Options (Docklights, stereo, etc.) | ☑ | ☑ | Storage procedures (See back) | | |
| **Instrument operation** | | | Owners Manual supplied | | |
| Power trim gauge | ☑ | ☑ | Washed and detailed | | |
| Speedo, tach, etc. | ☑ | ☑ | Water demonstrated | | |
| Depth Gauge | ☑ | ☑ | | | |

_____
COBALT Delivery Specialist

_____
COBALT Owner

☐ THIS OWNER HAS OWNED COBALT(S) PREVIOUSLY.

☐ YES, THIS NEW COBALT HAS BEEN REGISTERED ONLINE. (INCLUDE OWNER'S NAME ONLY IN THE SPACE PROVIDED BELOW.)

OWNERS NAME (Required) **P and H LLC**
MAILING ADDRESS **500 Ford Rd**
SHIPPING ADDRESS
CITY, STATE, ZIP **St Louis Park Mn 55426**
HOME PH **763 439 7376** WORK PH
E-MAIL ADDRESS **NISSWA MARINE, MINNESOTA**
DEALER & LOCATION **NISSWA MARINE, MINNESOTA**
BOAT SERIAL # US-FGE **11242A707**
ENGINE SERIAL # **OW682679** DRIVE SERIAL # **OW931317**
_____ SERIAL # _____ DRIVE SERIAL # _____
___ OF DELIVERY **CHRS**

When this form is returned to COBALT, you will be sent an engraved owners plaque that can be mounted on your COBALT. The plaque says: "This COBALT has been designed and styled especially for:

**P+H LLC**

For example: Mr. & Mrs. John Doe, Capt. and Mrs. John Doe, The John Doe Family, etc.)

Salesperson's Number & Name

## Susan A. Miller

**Sent:** Tuesday, July 17, 2007 11:52 AM

**To:** Will Plummer

---

Insurance:

Put Boat under
Rosedale Leasing, LLC
Will Plummer
Dennis Hecker

no P and H LLC

# RE:

Susan A. Miller

**Sent:** Friday, August 10, 2007 7:45 AM

**To:** Will Plummer

---

Hey, where is this baby?

-----Original Message-----
From: Will Plummer
Sent: Friday, August 10, 2007 7:41 AM
To: Susan A. Miller
Subject: Re:

Ok thanks
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Susan A. Miller
To: Will Plummer
Sent: Fri Aug 10 07:32:31 2007
Subject: RE:

Should have all 3

-----Original Message-----
From: Will Plummer
Sent: Thursday, August 09, 2007 7:07 PM
To: Susan A. Miller
Subject:

I got the plates and registration for boat thanks. Does the paperwork list both dh
and me on it? The dnr sticker just shows rosedale llc and dh. Just checking thanks.

--------------------------
Sent from my BlackBerry Wireless Handheld

In re:                                                                                    Chapter 7

Dennis E. Hecker,                                                      Bky. Case No. 09-50779-RJK

        Debtor.

Randall L. Seaver, Trustee,
                                                                              Adv. No. 09-5030
        Plaintiff,

      vs.

Northstate Financial Corporation, Rosedale
Leasing, LLC, Bremer Bank, N.A., and
James W. Plummer,

        Defendants.

## UNSWORN CERTIFICATE OF SERVICE

     I, Janet L. Pipp, declare under penalty of perjury that on January 25, 2010, I mailed a copy of the following documents:

     (1)     Application For Default Judgment Against Defendants Northstate Financial Corporation, Rosedale Leasing, LLC, And James W. Plummer;

     (2)     Declaration Of Randall L. Seaver In Support Of Plaintiff's Application For Default Judgment; and

     (3)     Proposed Findings Of Fact, Conclusions Of Law, And Order For Judgment

by first class mail postage prepaid to each party named below at the address stated below for each party:

Northstate Financial Corporation         Rosedale Leasing, LLC,
ATTN:  Officer or Managing Agent      ATTN:  Officer or Managing Agent
500 Ford Road                           500 Ford Road
St. Louis Park, MN  55426             St. Louis Park, MN  55426

James W. Plummer
5675 Trenton Lane North
Plymouth, MN  55442


Executed on January 25, 2010                      _/e/ Janet L. Pipp_____
                                                  Janet L. Pipp, Legal Secretary
                                                  Lapp, Libra, Thomson, Stoebner &
                                                       Pusch, Chartered
                                                  120 South Sixth Street, Suite 2500
                                                  Minneapolis, MN 55402
                                                  612/338-5815

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                    Chapter 7

Dennis E. Hecker,                          Bky. Case No. 09-50779-RJK

        Debtor.

Randall L. Seaver, Trustee,
                                                          Adv. No. 09-5030
        Plaintiff,

    vs.

Northstate Financial Corporation, Rosedale
Leasing, LLC, Bremer Bank, N.A., and
James W. Plummer,

        Defendants.

**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER FOR JUDGMENT**

      This adversary proceeding came before the court upon the application of the plaintiff for default judgment against defendants Northstate Financial Corporation, Rosedale Leasing, LLC, and James W. Plummer. Based upon the application, the declaration of Randall L. Seaver and exhibits thereto, the amended complaint and exhibits thereto, and the file, the court makes the following:

## **FINDINGS OF FACT**

    1.      The plaintiff is the trustee in this bankruptcy case.

    2.      The debtor's bankruptcy case was commenced on June 4, 2009.

    3.      Defendants Northstate and Rosedale were owned and controlled by the debtor prior to commencement of the debtor's bankruptcy case.

4.     The plaintiff filed the amended complaint in this adversary proceeding on September 8, 2009.

5.     The clerk issued a summons for the amended complaint to all of the defendants on September 8, 2009.

6.     The plaintiff properly served the summons and amended complaint on all of the defendants on September 10, 2009.

7.     The plaintiff and defendant Bremer Bank, N.A. subsequently entered into a stipulation for judgment that Bremer Bank has no interest in the Cobalt Boat, the Malibu Boat, and the Harley Davidson motorcycle that are the subject of this adversary proceeding.  The court entered judgment pursuant to that stipulation on December 2, 2009.

8.     More than 30 days have passed since the summons for the amended complaint was issued.

9.     Defendants Northstate, Rosedale, and Plummer have not served or filed an answer or otherwise defended against the plaintiff's amended complaint.

10.    At the time the debtor's case was commenced, Plummer had not received a certificate of title or manufacturer's or importer's certificate for the Cobalt Boat.

11.    Prior to February 17, 2009, the debtor and Rosedale were identified as the titled owners of that certain 2007 Cobalt 222 Boat, serial no. FGE11242A707, including a trailer, identified as the "Cobalt Boat" in the amended complaint in this adversary proceeding.

12.    Prior to February 17, 2009, the debtor and Rosedale were identified as the titled owners of that certain 2008 Malibu Wakesetter 23 Boat, serial no. MB2S7167H708, including a trailer, identified as the "Malibu Boat" in the amended complaint in this adversary proceeding.

13.     On February 17, 2009, the debtor and Rosedale transferred title to the Cobalt Boat and the Malibu Boat to Northstate, but the debtor retained possession, use, and control of the Cobalt Boat and the Malibu Boat.

14.     In December 2008, the debtor purchased a 2008 Harley Davidson FXDSE2, vehicle identification no. 1HD1PS8148K977133 identified as the "Motorcycle" in the amended complaint in this adversary proceeding.

15.     The debtor paid for the motorcycle with his personal funds, but caused the motorcycle to be titled in the name of Northstate.

16.     At all times relevant hereto, the debtor retained possession, use, and control of the motorcycle.

17.     Following the commencement of the debtor's case, the plaintiff obtained physical possession of the Malibu Boat.

## CONCLUSIONS OF LAW

1.     Northstate, Rosedale, and Plummer are in default due to their failure to timely answer or respond to the amended complaint.

2.     Northstate and Rosedale are insiders of the debtor within the meaning of 11 U.S.C. § 101(31)(A).

3.     The Cobalt Boat and the Malibu Boat are watercraft that are required to be titled by Minn. Stat. § 86B.825.

4.     Minn. Stat. § 86B.825, Subd. 5 provides that "[A] person acquiring a watercraft, required to have a certificate of title under this section, through a sale or gift does not acquire a right, title, claim, or interest in the watercraft until the person has been issued a certificate of title to the watercraft or has received a manufacturer's or importer's certificate."

5.    Plummer does not have any interest in the Cobalt Boat.

6.    By virtue of the transfers to Northstate, Rosedale has no interest in the Cobalt Boat or the Malibu Boat.

7.    The debtor's transfer of his interest in the Cobalt Boat and trailer, the Malibu Boat and trailer, and the motorcycle constitute transfers of an interest of the debtor in property.

8.    The debtor's transfer of the Cobalt Boat, the Malibu Boat, and the motorcycle were made within two year before the commencement of the debtor's case.

9.    The debtor was insolvent within the meaning of 11 U.S.C. § 101(32) at the time he transferred the Cobalt Boat, the Malibu Boat, and the motorcycle to Northstate.

10.    The debtor made the transfers of the Cobalt Boat, the Malibu Boat, and the motorcycle with actual intent to hinder, delay, or defraud his creditors.

11.    The transfers of the Cobalt Boat, the Malibu Boat, and the motorcycle are fraudulent transfers within the meaning of 11 U.S.C. §§ 548(a)(1)(A) and (a)(1)(B) and Minn. Stat. §§ 513.44 and 513.45, and the plaintiff is entitled to avoid these transfers.

12.    The plaintiff is entitled to judgment against defendants Northstate, Rosedale, and Plummer avoiding the transfers of the Cobalt Boat, the Malibu Boat, and the motorcycle and preserving these transfers for the benefit of the estate

## ORDER FOR JUDGMENT

1.    The debtor's transfers of the Cobalt Boat and trailer, the Malibu Boat and trailer, and the motorcycle are avoided.  The Cobalt Boat, the Malibu Boat, and the motorcycle are property of the estate free of any interest of Plummer, Northstate or Rosedale.

2.    The Minnesota Department of Natural Resources and/or the Minnesota Department of Public Safety as appropriate shall issue new certificates of title for the Cobalt

Boat and trailer, the Malibu Boat and trailer, and the motorcycle in the name of Randall L.

Seaver, as trustee of the bankruptcy estate of Dennis E. Hecker free and clear of any liens or

interests in favor of Plummer, Northstate or Rosedale.


Dated: _____
                            Robert J. Kressel
                            United States Bankruptcy Judge